IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JAN 13  PM 3: 44

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA WILLIAM ESLICK<br>JOHN LEROY BUTLER<br>KATIE ANN DOUP<br>ELIZABETH ANN HASTINGS<br>CHAD ROBERT KOLKMAN<br>JIOVANNI DOMONIC AYALA,<br>KELSEY SPRINGER and<br>BRIAN KUZNIA,<br><br>Defendant. | Case No. 21-CR-8-J |

## ORDER SEALING INDICTMENT

The United States has filed a motion to seal the Indictment pursuant to Federal Rule of Criminal Procedure 6(e)(4). The motion is hereby GRANTED.

Pursuant to Rule 6(e)(4), the Court hereby ORDERS and directs the clerk's office to seal the Indictment until all the Defendants are in custody or have been released pending trial. Under the Rule, no person may disclose the Indictment's existence except as necessary to issue or execute a warrant or summons. To affect this prohibition, the Court further ORDERS and directs the clerk's office to seal the entire case until it unseals the Indictment. Among other things, this should prevent outside users from accessing case-related information or materials via CM/ECF. The case should remain sealed until the last Defendant has been arrested or released pending trial. If the last

Defendant makes his/her initial appearance in another district, the clerk's office in that district may unseal the Indictment and case consistent with this Order.

DATED this 13th day of January, 2021.

_____
NANCY D. FREUDENTHAL
United States District Court Judge