# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:11 am, 11/22/21

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 21-CR-00008-ABJ-6

Jiovanni Domonic Ayala

Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone: N/A          Interpreter: N/A
Date: Nov 22, 2021           Time: 9:38am - 9:54am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Alex Cervantes |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
|  | N/A | N/A |  |
|  | U.S. Marshal | U.S. Probation Officer |  |

Attorney(s) for Government    Jonathan Coppom, Stephanie Sprecher

Attorney(s) for Defendant(s)    Ericka Smith (by phone)

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Dft | 337 | Motion to Continue Trial and Sever Defendant | Granted |

Other:
The motion to sever is likely to become moot. The motion to continue trial is unopposed. The Court heard from Ms. Smith and Mr. Coppom. The Court will grant the motion. Trial to be reset for 1/18/22 by separate order.