FILED



1:38 pm, 3/10/22

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| Jiovanni Domonic Ayala | Case Number:   21-cr-00008-ABJ-6 |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date March 10, 2022          Time     12:41pm - 1:33pm

☐ Arraignment    ☑ Change of Plea       Before the Honorable    Alan B. Johnson

Interpreter: N/A                              Int. Phone: N/A

| Becky Harris | Melanie Sonntag | Laura M. Harris | RM / LK |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES    Government: Jonathan Coppom

Defendant:    Ericka Smith

☐ FPD    ☑ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   7s and 8s   of an Indictment
☐ *Nolo Contendere*

|  NOT GUILTY PLEA  |  GUILTY PLEA  |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in ____ days or on/before ____ | ☑ Plea agreement filed |
| ☐ Trial date set for ____ at ____ in ____ | ☑ Sentencing set for  June 7, 2022  at  9:30 AM  in  Cheyenne Courtroom 2 |
|  | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on ____ | ☑ Count(s)  1s  to be dismissed at time of sentencing |
| ☐ Other ____ | |

WY54                                                                                          Rev. 01/21/2022

BOND IS   ☑ Defendant is detained
☐ Set at _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____          ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed       ☐ Travel restricted to _____
☐ Maintain current residence                    ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                    ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                ☐ Avoid all contact with _____
☐ Surrender passport to _____         ☐ Post property or sum of money _____
☐ Obey all laws.  Federal, State and Local      ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____