IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 21-CR-8-ABJ-6 |
| **JIOVONNE DOMONIC AYALA,** | |
| Defendant. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND TERMINATE SERVICES OF EXPERT JOHN OLIVE

THIS MATTER having come before the Court on Counsel's Motion to Withdraw as Counsel and Terminate Services of Expert John Olive and the Court being fully advised in the premises FINDS:

Counsel's motion is GRANTED.

1. Ericka S. Smith is hereby withdrawn as counsel for Defendant.

2. The expert services of John Olive, mitigation specialist, are terminated.

DATED this _____ day of _____, 2022.

_____
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE